**DISMISSED and Opinion Filed January 11, 2023**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-21-00729-CV**

**POSITIVE TRANSPORTATION LLC, THOMAS WHALEY AND THOMAS HATTON, JR., Appellants**

**V.**

**TTS, LLC, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-09409**

## MEMORANDUM OPINION

Before Justices Carlyle, Smith, and Garcia
Opinion by Justice Carlyle

We reinstate the appeal. Before the Court are: (1) Appellee/Cross-Appellant

TTS, LLC's unopposed Motion to Dismiss Cross-Appeal ONLY; and (2) Appellants'

Motion to Dismiss. We **GRANT** both motions and dismiss the appeal and cross-

appeal. *See* TEX. R. APP. P. 42.1(a)(1).

210729f.p05

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

POSITIVE TRANSPORTATION
LLC, THOMAS WHALEY AND
THOMAS HATTON, JR., Appellant

No. 05-21-00729-CV    V.

TTS, LLC, Appellee

On Appeal from the 44th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-09409.
Opinion delivered by Justice Carlyle.
Justices Smith and Garcia
participating.

In accordance with this Court's opinion of this date, the appeal and cross appeal are **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 11th day of January, 2023.